**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01739-RMR

MERHAWIT TSEGAY HALEFOM,

     Petitioner,

v.

PAMELA BONDI, *in her official capacity as Attorney General of the United States*,
ROBERT GAUDIAN, *in his official capacity as U.S. Immigration and Customs Enforcement Colorado Field Office Director;*
MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*; and
JUAN BALTAZAR, *in his official capacity as Warden of the ICE Denver Contract Detention Facility,*

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 9] entered by United States District Judge Regina M. Rodriguez on June 26, 2026, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 6th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/K. Myhaver

Kally Myhaver, Deputy Clerk